NO JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06709-GW-KS | Date | October 31, 2023 |
| Title | *SHO Products, LLC v. Puff Corp.* | | |

Present: The Honorable  GEORGE H. WU, United States District Judge

| Javier Gonzalez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** (IN CHAMBERS) ORDER REGARDING STIPULATION REGARDING DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE (DOCKET NO. 70)

Plaintiff and Counterclaim-Defendant SHO Products, LLC ("SHO") and Defendant and Counterclaimant Puff Corp. ("Puffco"), through their respective counsel of record, filed a Joint Stipulation of Dismissal of Plaintiff's First Amended Complaint with prejudice. In light of that stipulation, the Court hereby orders that SHO's First Amended Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**